Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| Alexandra Olivia Amy <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> **-v-** <br><br> MPLX / MARATHON PETROLEUM CORP., MARYANN <br> MANNEN, GREGORY SCHEIDERER, KEVIN <br> THOMAS, CANDICE RAPHIEL, AMIE GREINER, <br> JOHNATHAN JACKSON, JOHN JACOLA, JIMMY <br> PRICE, JOSHUA CARTER, KELLY MICHAEL, and <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. ___6:26CV137___ <br> *(to be filled in by the Clerk's Office)* <br><br><br> Jury Trial: *(check one)* ☐ Yes  ☐ No |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.       The Parties to This Complaint

### A.       The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Alexandra Olivia Amy |
| Address | 221 N Browing St |

| | | |
|---|---|---|
| Carthage | TX | 75633 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Panola |
| Telephone Number | 281-902-2463 |
| E-Mail Address | alexandraoamy@gmail,com |

### B.       The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marathon Petroleum Corporation |
| Job or Title *(if known)* | |
| Address | 3239 SW Loop |

| | | |
|---|---|---|
| Carthage | TX | 75633 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Panola |
| Telephone Number | 419-422-2121 |
| E-Mail Address *(if known)* | GCScheiderer@MarathonPetroleum.com |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity          ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity          ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
Carthage TX, MPLX Carthage Plant 1

B.   What date and approximate time did the events giving rise to your claim(s) occur?
October 2, 2025 (Initial H2S release) through December 5, 2025 (Formal notice of termination).

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
COORDINATED TORTIOUS INTERFERENCE AND EXTRAJUDICIAL RETALIATION
I. THE INITIAL SAFETY NOTIFICATION AND PROTECTED ACTIVITY
The nexus of this controversy began on October 2, 2025, with an industrial release of 332 ppm H2S—a concentration exceeding the Immediately Dangerous to Life or Health (IDLH) threshold. In her professional capacity as a Safety and Industrial Hygiene Representative, Plaintiff identified systemic failures in Hazard Communication, non-functional instrumentation, and the improper exclusion of high-hazard activities from the Safe Work Permit process.
On October 20, 2025, following a catastrophic contractor fall, Plaintiff exercised mandatory Stop-Work Authority to preserve the integrity of the scene and prevent further exposure. This constitutes Protected Safety Activity under 29 U.S.C. § 660(c).
II. COORDINATED EXTRAJUDICIAL RETALIATION
Immediately following this protected activity, Defendants Kevin Thomas (Supervisor) and John Jacola (Management) initiated a campaign of Coordinated Tortious Interference. Rather than conducting a

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

STATEMENT OF IRREPARABLE HARM AND ONGOING RETALIATORY CONDUCT

Proximate Physical Peril via State-Created Danger: Plaintiff is currently subjected to a "state-created danger" as a direct result of Defendants' extrajudicial reporting. Defendants intentionally disseminated false or misleading information to the Panola County Sheriff's Office, designating Plaintiff as a "Security Threat" without the requisite forensic threat assessment or internal investigation. This unauthorized weaponization of law enforcement databases places Plaintiff in a zone of immediate physical peril, wherein a routine encounter with peace officers may be escalated into an armed, life-threatening confrontation based on the fraudulent "threat" profile generated by Defendants.

Invasive Surveillance and Unauthorized Use of Biometric Likeness: Defendants have engaged in the unauthorized and non-consensual dissemination of Plaintiff's digital likeness and biometric identifiers to third-party security contractors and local law enforcement. This imagery was utilized to facilitate targeted surveillance and to bypass standard due process protocols. The continued maintenance and display of Plaintiff's likeness in "Security Alert" bulletins constitutes an ongoing Invasion of Seclusion and a violation of the Sanctity of the Home, as these assets are utilized to justify the presence of armed agents in the vicinity of Plaintiff's private domicile and healthcare facilities.

Coordinated Tortious Interference and Clinical Cost-Shifting: Defendants have executed a campaign of Coordinated Tortious Interference by initiating unauthorized ex parte communications with Plaintiff's federally-funded healthcare providers at the Department of Veterans Affairs (VA). This interference was designed to sabotage Plaintiff's clinical stabilization and to effectuate a "cost-shifting" of industrial liability for workplace-aggravated injuries onto the federal government. By terminating Plaintiff's private healthcare benefits

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Mandatory Retraction: Immediate order requiring Defendants to retract the "Security Threat" designation from all law enforcement databases.

Stay-Away Order: A permanent 1,000-foot stay-away order for Plaintiff's residence and medical facilities.

Personnel File Correction: Order to purge all retaliatory disciplinary records and the "Security Threat" narrative from Plaintiff's personnel file.

Production of Records: Ordering the 24-hour production of Plaintiff's personal OSHA 300 logs.

2. Monetary Damages (Calculated based on $105,000 annual base):

Reinstatement of Income and Benefits: Ordering the restoration of Plaintiff's salary and healthcare benefits to stop the unlawful cost-shifting to the VA.

Back Pay: All lost wages and benefits from the date of termination (Nov 24, 2025) to the date of judgment, including missed bonuses and 401(k) matching.

Liquidated Damages: An amount equal to the back pay award as a penalty for "willful" violations of USERRA.

Front Pay (Career Indemnity): Future lost earnings in an amount to be determined at trial. Reinstatement is not a viable remedy because Defendants have created a hostile environment that is medically contraindicated for

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City                                State          Zip Code

Telephone Number _____

E-mail Address _____

Print     Save As...     Add Attachment     Reset