**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ALEXANDRA OLIVIA AMY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:26-cv-120-JDK-KNM |
| | § | |
| MARATHON PETROLEUM | § | |
| CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are Plaintiff Alexandra Amy's various emergency motions. Docket Nos. 2, 8, 9, and 18.

This case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636. On March 8, 2026, Judge Mitchell issued a Report recommending that Plaintiff's emergency motions for temporary restraining order, preliminary injunction, and a hearing (Docket Nos. 2, 8, 9, and 18) be denied. Docket No. 23. Despite receiving multiple opportunities, Plaintiff did not file written objections in compliance with the Local Rules. She was warned that the failure to timely file written objections in compliance with Local Rule CV-72(b) would result in consideration of the Report without objections. Docket No. 31.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.

1

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that the standard of review is "clearly erroneous, abuse of discretion and contrary to law" if no objections to a Magistrate Judge's Report are filed).

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Docket No. 23) is **ADOPTED**. The emergency motions for temporary restraining order, preliminary injunction, and a hearing (Docket Nos. 2, 8, 9, and 18) are **DENIED**.

So **ORDERED** and **SIGNED** this **21st** day of **April, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2